TOTAL P.02

$100,000 PRB. CO-SIGNED BY 3 FINANCIALLY RESPONSIBLE PERSON'S. ONE TO BE EX-HUSBAND RICHARD PLOURDE. TRAVEL RESTRICTED TO SDNY, EDNY, DISTRICT OF DELAWARE AND TRAVEL POINTS. SURRENDER TRAVEL DOCUMENT (& NO NEW APPLICATIONS). STRICT PRETRIAL SUPERVISION. DEFT TO BE RELEASED UPON FOLLOWING CONDITIONS: EX-HUSBAND SIGN. REMAINING CONDITIONS TO BE MET BY 9/19/2006.

AO 98 (Rev. 8/85)

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | APPEARANCE BOND |
|---|---|
| V. | CASE NUMBER |
| SUNG SU PLOURDE | 06 MAG. 1138   S(1)06cn717 |
| Defendant | |

Non-surety:   I, the undersigned defendant acknowledge that I and my...
Surety:   We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of

$ .100,000     ~~, and there has been deposited in the Registry of the Court the sum of~~

$ XXXXXXXXXXXXXXXXXXXXX    ~~in cash or~~    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
                                                                                                     Describe other security

The conditions of this bond are that the defendant    SUNG SU PLOURDE
                                                                                                          Name

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a manner by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgement.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on   September 12, 2006   at U.S. Courthouse, 500 Pearl Street, New York, N.Y. 10007
                                            Date

Defendant   _[signature]_                                Address   Wilmington DE
                 SUNG SU PLOURDE

Surety    _[signature]_                                     Address   Wilmington, DE - 19808
              RICHARD PLOURDE

Surety    _[signature]_                                     Address   44 Quarry View Dr. Morganton
              BRIAN FALCON                                                   PA 1954_

Signed and acknowledged before me on    September 12, 2006
                                                                                   Date

Approved:  _[signature]_ for William Harrington
                        Judicial Officer

AUSA: WILLIAM HARRINGTON by
MARSHALL CAMP

[Stamp: U.S. DISTRICT COURT FILED SEP 12 2006 S.D. OF N.Y.]